## AUSTIN ET AL. v. HINER.

[No. 12,482.   Filed November 24, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Wallace Austin and another and Frank Hiner.   From the award made, the former appeals.   *Affirmed.*   By the court in banc.

*Joseph W. Hutchinson* and *James M. Berryhill,* for appellants.
*Robert I. Marsh* and *George O. Cowan,* for appellee.

PER CURIAM.—Award affirmed.

## BOARD OF COMMISSIONERS OF VANDERBURGH COUNTY v. KOLLKER ELECTRIC COMPANY.

[No. 12,298.   Filed November 24, 1925.]

From Vanderburgh Superior Court; *Edgar Durre,* Judge.

Action between the Board of Commissioners of Vanderburgh county and the Kollker Electric Company.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Harlan B. McCoy* and *Isidor Kahn,* for appellant.
*Charles P. Bock,* for appellee.

PER CURIAM.—Judgment affirmed.